FILED
NOV 0 8 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'07 MJ 8913

| UNITED STATES OF AMERICA, | ) MAGISTRATE CASE No: _____ |
|---|---|
| Plaintiff, | ) COMPLAINT FOR VIOLATION OF |
| v. | ) 8 U.S.C. § 1324(a)(2)(B)(iii) |
| Ignacio VILLEGAS Mirola, | ) Bringing In Illegal Alien |
| | ) Without Presentation (Felony) |
| Defendant. | ) |

The undersigned complainant, being duly sworn, states:

That on November 06, 2007, within the Southern District of California, defendant Ignacio VILLEGAS Mirola with the intent to violate immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Maria De Los Angeles LOPEZ Lopez, had not received prior official authorization to come to, enter and remain in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to a Customs Border Protection Officer at the designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached Statement of facts, which is incorporated herein by reference.

_____
Izabel Figueroa, CBP
Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 8TH DAY OF NOVEMBER 2007.

_____
PETER C. LEWIS
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Ignacio VILLEGAS Mirola

## STATEMENT OF FACTS

The complainant states that this complaint is based upon the reports of the apprehending officers and the investigation conducted by United States Customs & Border Protection Enforcement Officer Gustavo Barreto.

On November 06, 2007, at approximately 04:31 P.M., Ignacio Villegas-Mirola was the driver of a Gold 2004 Ford Explorer Sport Trac when he arrived at the Calexico West Port of Entry coming from the Republic of Mexico. Villegas-Mirola was the only visible occupant of the vehicle as he applied for entry by presenting his lawfully issued Form DSP-150, Border Crossing Card.

During primary inspection Villegas-Mirola gave a negative Customs declaration and stated that the vehicle belonged to his business and was going to Wal-mart in Calexico. United States Customs and Border Protection Officer Carp observed Villegas-Mirola nervousness and opted to escort the vehicle to the secondary lot for further inspection.

At vehicle secondary, Villegas-Mirola gave a negative declaration to United States and Customs and Border Protection Officer Edwin Smura and said the vehicle belonged to his friend Manuel. Villegas-Mirola also stated that he was going to the Wal-Mart store to pick up some groceries. With the assistance of United States Customs and Border Protection Canine Enforcement Officer Kenneth Taylor, an undocumented Mexican Female, later identified as Maria De Los Angeles LOPEZ Lopez, was discovered

hidden underneath the undercarriage of the pickup truck's bed in a rectangular coffin-like compartment.

Villegas-Mirola was placed under arrest and advised of his rights per Miranda warnings. Villegas-Mirola said he understood his rights and said he would answer questions without an attorney present.

Records show that Villegas-Mirola is a native and citizen of Mexico and was a holder of a Border Crossing Card, Form DSP-150. Villegas-Mirola stated that he was going to get paid $1,000.00 to take the vehicle to the Burger King restaurant in Calexico. Villegas-Mirola admitted that his friend Manuel arranged the transportation of the undocumented alien.

Material Witness Maria De Los Angeles LOPEZ Lopez stated that she is a citizen of Mexico with no legal documents to enter, reside, or pass through the United States. LOPEZ Lopez said that she made arrangements to be smuggled into the United States with an unknown man. LOPEZ Lopez said that her fee was approximately $4,000.00 and that her destination was Los Angeles, CA. LOPEZ Lopez stated that she has resided in Los Angeles, CA, illegally for the past five years. LOPEZ Lopez was able to identify Villegas-Mirola from a photo line-up as the person she made arrangements with to be smuggled into the United States.

Material Witness:

| Name | Country of Birth |
|---|---|
| Maria De Los Angeles LOPEZ Lopez | Mexico |

Further, the complainant states that she believes said alien is a citizen of a country other than the United States; that said alien has admitted that she is deportable; that her testimony is material, that it is impracticable to secure her attendance at the trial by subpoena; and she is material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.