# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

2007 NOV 16 P 3 43

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff ) | CRIMINAL NO. 07mj8913 |
| ) | ORDER |
| vs. ) | RELEASING MATERIAL WITNESS |
| Ignacio Villegas Miiola ) | Booking No. |
| Defendant(s) ) | |

On order of the United States District/Magistrate Judge, **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: ((Bond Posted) / Case Disposed / Order of Court).

Maria De Los Angeles Lopez Lopez

DATED: 11/16/07

**PETER C. LEWIS**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____       OR
         DUSM

W. SAMUEL HAMRICK, JR.   Clerk
by _____
         Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082