UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

07cr3242 H

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff | ) | CRIMINAL NO. 07 MJ 8913 |
| | ) | |
| vs. | ) | ORDER |
| | ) | RELEASING MATERIAL WITNESS |
| Mirola | ) | |
| | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Maria De Los Angeles Lopez

DATED: 12/10/07

Barbara L. Major
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____ OR
DUSM

W. SAMUEL HAMRICK, JR.  Clerk
by _____
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70062