1  CIRO HERNANDEZ, ESQ.
   CA Bar No. 174791
2  Attorney at Law
   551 Third Avenue
3  Chula Vista, Ca 91910
   Tel.: (619) 266-0389
4

5  Attorney for the Material Witness(es)

6

7                    UNITED STATES DISTRICT COURT

8                   SOUTHERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,    )    CASE NO. **07CR3242-H-1**
                                )
10                              )    ORDER TO EXONERATE THE
            vs                  )    APPEARANCE BOND FOR THE
11                              )    MATERIAL WITNESS AND
                                )    DISBURSE REGISTRY FUNDS
12  IGNACIO VILLEGAS MIROLA     )
                                )
13  _____)

14                            ORDER

15   **It Is Ordered** that the personal surety bond which secured the presence of material witness,

16  **MARIA DE LOS ANGELES LOPEZ-LOPEZ ,** is exonerated.

17      **It Is Further Ordered** that the Clerk of Court shall release and disburse the $500 held in

18  the Registry of the Court to the Surety:

19

20              JOSE ANGEL LOPEZ
                1442 ELIZABETH STREET
21              COALINGA, CA 93210

22  DATED:  January 18, 2008

23                                       _____
                                         Peter C. Lewis
24                                       U.S. Magistrate Judge
                                         United States District Court
25

26

27

28                          **07CR3242-H-1**