| | |
|---|---|
| 1 | DEBRA R. TORRES-REYES |
| 2 | 1901 First Ave., Ste.142<br>San Diego, California 92101 |
| 3 | (619) 237-7891<br>dtr4justice@aol.com |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE MARILYN L. HUFF)

| | |
|---|---|
| UNITED STATES DISTRICT COURT ) | Criminal Case No. 07cr3242-H |
| ) | |
| Plaintiff ) | JOINT MOTION TO CONTINUE |
| v. ) | SENTENCING DATE |
| ) | |
| IGNACIO VILLEGAS-MIROLA ) | Date: February 25, 2008 |
| ) | TIME: 9:00 a.m. |
| Defendant ) | |

The defendant, **Ignacio Villegas-Mirola**, by and through his attorney, Debra R. Torres-Reyes, and the United States of America, Karen P. Hewitt, United States Attorney, and Christopher Tenorio, Assistant United States Attorney, jointly move the Court to continue the sentencing hearing currently scheduled for February 25, 2008, at 9:00 a.m., to March 25, 2008 at 9:00 a.m.

REASON

Due to counsel's health issues, counsel will not be able to attend the sentencing. Additional time is also needed in order to prepare and file the client's sentencing documents and request for downward departures. AUSA Tenorio has no objection to continuing the sentencing hearing. Mr. Villegas-Mirola is in custody.

Dated: February 22, 2008

**Respectfully submitted,**
**/s/Debra R. Torres-Reyes**
Debra R. Torres-Reyes
*Attorney for Defendant Villegas-Mirola*

Dated: February 22, 2008

/s/ Christopher Tenorio
Christopher Tenorio
Assistant U.S. Attorney