| | |
|---|---|
| 1 | DEBRA R. TORRES-REYES |
| 2 | 1901 First Ave., Ste.142<br>San Diego, California 92101 |
| 3 | (619) 237-7891<br>dtr4justice@aol.com |

PROOF OF SERVICE

Case No.  United States v. IGNACIO VILLEGAS-MIROLA
          07cr-3242-H

      Counsel for Defendant certifies that she has electronically filed the attached pleading. Additionally, a proposed order was e-mailed to the chambers of the Honorable Marilyn L. Huff.

Dated: February 22, 2008                       /s/ Debra R.Torres-Reyes
                                                                             DEBRA R. TORRES-REYES
                                                                             1901 First Ave., Ste.142
                                                                             San Diego, California 92101
                                                                             (619) 237-7891
                                                                             dtr4justice@aol.com