# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IGNACIO VILLEGAS-MIROLA<br><br>Defendant. | Case No. 07-CR-3242-H<br><br>**ORDER CONTINUING SENTENCING HEARING** |

**IT IS HEREBY ORDERED** that the sentencing hearing previously scheduled for February 25, 2008 at 9:00 a.m., be continued until **March 24, 2008, at 9:00 a.m.** The Court finds that the time between February 19, 2008, until March 24, 2008, is excluded under the Speedy Trial Act, until acceptance of the plea agreement. The Defendant is currently in custody.

DATED: February 22, 2008

_____
**MARILYN L. HUFF**, District Judge
United States District Court

07CR3242